UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MYRON STYLES** | **CASE NO. 6:23-CV-00346** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **UNITED FARM FAMILY MUTUAL INSURANCE CO.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO REMAND filed by defendant United Farm Family Mutual Insurance Company. (Rec. Doc. 8). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the MOTION TO REMAND (Rec. Doc. 8) is DENIED and, accordingly, Plaintiff's suit will remain lodged in this court pursuant to the court's diversity jurisdiction under 28 U.S.C. § 1332.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 25th day of July, 2023.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**